# 2013 CA 004103 F - ASI HOLDING COMPANY INC vs. ABREU, DONALD

## SUMMARY

| | | |
|---|---|---|
| Judge: BROWN, JOHN T | Case Type: CONTRACT & INDEBTEDNESS | Status: OPEN |
| Case Number: 2013 CA 004103 F | Uniform Case Number: 462013CA004103FXXXXX | |
| Clerk File Date: 9/20/2013 | Status Date: 9/20/2013 | |
| SAO Case Number: | Total Fees Due: 0.00 | |
| Agency: | Agency Report #: | Custody Location: |

## PARTIES

| TYPE | PARTY NAME | ADDRESS | EMAIL | ATTORNEY |
|---|---|---|---|---|
| PLAINTIFF | ASI HOLDING COMPANY INC | 2113 LEWIS TURNER BLVD. SUITE 100 FORT WALTON BEACH, FL 32547 | | GORDON, A BENJAMIN |
| PLAINTIFF | ASI HOLDING COMPANY INC | 2113 LEWIS TURNER BLVD. SUITE 100 FORT WALTON BEACH, FL 32547 | | ZAMORA, DARIAN (Main Attorney) |
| DEFENDANT | ABREU, DONALD | 2407 E. GOLDENROD STREET L35 PHOENIX, AZ 85048 | | SCHEYD, JOSEPH M JR |
| DEFENDANT | ABREU, DONALD | 2407 E. GOLDENROD STREET L35 PHOENIX, AZ 85048 | | POLLARD, JONATHAN (Main Attorney) |
| DEFENDANT | MANIOS, ANDREW | 1002 N. TWENTY NINTH AVE. MYRTLE BEACH, FL 29577 | | SCHEYD, JOSEPH M JR |
| DEFENDANT | MANIOS, ANDREW | 1002 N. TWENTY NINTH AVE. MYRTLE BEACH, FL 29577 | | POLLARD, JONATHAN (Main Attorney) |
| DEFENDANT | MANIOS, CHRIS | , | | POLLARD, JONATHAN |
| DEFENDANT | GLOBAL AMENITIES LLC | , | | SCHEYD, JOSEPH M JR |
| DEFENDANT | GLOBAL AMENITIES LLC | , | | POLLARD, JONATHAN (Main Attorney) |

## EVENTS

| DATE | EVENT | JUDGE | LOCATION | RESULT |
|---|---|---|---|---|
| 10/31/2016 9:00 AM | CIVIL JURY TRIAL | BROWN, JOHN T | COURTHOUSE ANNEX EXTENSION | |
| 9/16/2016 4:30 PM | MOTION HEARING | BROWN, JOHN T | COURTHOUSE ANNEX EXTENSION | |
| 9/16/2016 4:15 PM | MOTION HEARING | BROWN, JOHN T | COURTHOUSE ANNEX EXTENSION | |
| 9/8/2016 9:00 AM | MOTION HEARING | BROWN, JOHN T | COURTHOUSE ANNEX EXTENSION | COURT EVENT DISPOSED |
| 8/22/2016 1:30 PM | MOTION HEARING | BROWN, JOHN T | COURTHOUSE ANNEX EXTENSION | COURT EVENT DISPOSED |
| 8/16/2016 8:00 AM | MOTION HEARING | BROWN, JOHN T | COURTHOUSE ANNEX EXTENSION | COURT EVENT DISPOSED |
| 8/4/2016 11:00 AM | HEARING | BROWN, JOHN T | COURTHOUSE ANNEX EXTENSION | COURT EVENT DISPOSED |
| 8/4/2016 8:30 AM | MOTION HEARING | BROWN, JOHN T | COURTHOUSE ANNEX EXTENSION | COURT EVENT DISPOSED |
| 7/26/2016 8:30 AM | MOTION HEARING | BROWN, JOHN T | COURTHOUSE ANNEX EXTENSION | COURT EVENT DISPOSED |
| 6/15/2016 11:00 AM | MOTION HEARING | BROWN, JOHN T | COURTHOUSE ANNEX EXTENSION | COURT EVENT DISPOSED |
| 6/15/2016 11:00 AM | MOTION HEARING | BROWN, JOHN T | COURTHOUSE ANNEX EXTENSION | CANCELLED |
| 6/13/2016 9:00 AM | CASE MANAGEMENT CONFERENCE | BROWN, JOHN T | COURTHOUSE ANNEX EXTENSION | COURT EVENT DISPOSED |
| 3/14/2016 9:00 AM | CASE MANAGEMENT CONFERENCE | BROWN, JOHN T | COURTHOUSE ANNEX EXTENSION | COURT EVENT DISPOSED |
| 2/4/2016 2:15 PM | MOTION HEARING | BROWN, JOHN T | COURTHOUSE ANNEX EXTENSION | COURT EVENT DISPOSED |
| 2/4/2016 10:30 AM | HEARING | BROWN, JOHN T | COURTHOUSE ANNEX EXTENSION | COURT EVENT DISPOSED |
| 1/11/2016 9:00 AM | CASE MANAGEMENT CONFERENCE | BROWN, JOHN T | COURTHOUSE ANNEX EXTENSION | COURT EVENT DISPOSED |
| 11/9/2015 9:00 AM | CASE MANAGEMENT CONFERENCE | BROWN, JOHN T | COURTHOUSE ANNEX EXTENSION | COURT EVENT DISPOSED |
| 6/9/2015 9:00 AM | MOTION FOR SUMMARY JUDGMENT HEARING | BROWN, JOHN T | COURTHOUSE ANNEX EXTENSION | COURT EVENT DISPOSED |
| 4/14/2014 2:30 PM | HEARING | BROWN, JOHN T | COURTHOUSE ANNEX EXTENSION | CANCELLED |
| 1/9/2014 9:00 AM | HEARING | BROWN, JOHN T | COURTHOUSE ANNEX EXTENSION | COURT EVENT DISPOSED |
| 12/9/2013 11:00 AM | HEARING | BROWN, JOHN T | COURTHOUSE ANNEX EXTENSION | CANCELLED |

## CASE HISTORY

| CASE NUMBER | CHARGE DESCRIPTION | CASE STATUS | DISPOSITION | OUTSTANDING AMOUNT | NEXT EVENT | ALERTS |
|---|---|---|---|---|---|---|
| | | | No Additional Cases | | | |

## FEES

| COUNT | CODE | DESCRIPTION | ASSESSMENT | PAID | WAIVED | BALANCE | PAYMENT PLAN / JUDGMENT | DUE DATE |
|---|---|---|---|---|---|---|---|---|
| | VCIVL | CIRCUIT CIVIL FILING FEE | $400.00 | $400.00 | $0.00 | $0.00 | | |
| | SITF | SUMMONS SERVICE FEE | $20.00 | $20.00 | $0.00 | $0.00 | | |

## RECEIPTS

| DATE | RECEIPT # | APPLIED AMOUNT |
|---|---|---|
| 9/24/2013 | 2013048099 | $420.00 |

## CASE DOCKETS

| SEQ# | IMAGE | DATE | ENTRY |
|---|---|---|---|
| 238 | | 9/13/2016 | COPY OF TRANSCRIPT OF PROCEEDINGS FROM 9/8/16 BEFORE THE HONORABLE JOHN BROWN |
| 237 | | 9/12/2016 | COURT ADMITTED EXHIBIT PLAINTIFF: #17- OBJECTION TO PLAINTIFFS FIRST REQUEST FOR PRODUCTION TO DEFENDANT CHRIS MONIOS AND PLAINTIFFS THIRD REQUEST FOR PRODUCTION TO DEFENDANT ANDREW MANIOS AND PLAINTIFFS FOURTH REQUEST FOR PRODUCTION TO DEFENDANT DON ABREU |
| 236 | | 9/12/2016 | COURT ADMITTED EXHIBIT PLAINTIFF #16- PLAINTIFF FOURTH REQUEST FOR PRODUCTION TO DEFENDANT DON ABREU |
| 235 | | 9/12/2016 | COURT ADMITTED EXHIBIT PLAINTIFF: #15- PLAINTIFFS THIRD REQUEST FOR PRODUCTION TO DEFENDANT ANDREW MANIOS |
| 234 | | 9/12/2016 | COURT ADMITTED EXHIBIT PLAINTIFF: #14- PLAINTIFFS REQUEST FOR PRODUCTION TO DEFENDANT CHRIS MANIOS |
| 233 | | 9/12/2016 | COURT ADMITTED EXHIBIT PLAINTIFF: #13- COPY OF ORDER GRANTING PLAINTIFFS MOTION FOR CIVIL CONTEMPT AND ORDER TO SHOW CAUSE AND PLAINTIFFS AMENDED MOTION FOR CIVIL CONEMPT AND ORDER TO SHOW CAUSE |
| 232 | | 9/12/2016 | COURT ADMITTED EXHIBIT PLAINTIFF: #12- COPY OF EMAIL TO JAY FROM DARIAN ZAMORA DATED 07/26/16 |
| 231 | | 9/12/2016 | COURT ADMITTED EXHIBIT PLAINTIFF: #11- COPY OF EMAIL TO JAY FROM DARIAN ZAMORA DATED 07/22/16 |
| 230 | | 9/12/2016 | COURT ADMITTED EXHIBIT PLAINTIFF: #10- COPY OF LETTERS DATED 07/18/16 TO JAY FROM DARIAN ZAMORA |
| 229 | | 9/12/2016 | COURT ADMITTED EXHIBIT PLAINTIFF: #9- COPY OF LETTER DATED 06/01/16 TO JAY FROM DARIAN ZAMORA |
| 228 | | 9/12/2016 | COURT ADMITTED EXHIBIT PLAINTIFF: 8- COPY OF LETTER DATED 05/31/16 TO JAY FROM DARIAN ZAMORA |
| 227 | | 9/12/2016 | COURT ADMITTED EXHIBIT PLAINTIFF: #7- COPY OF LETTER DATED 04/14/16 TO JAY FROM DARIAN ZAMORA |
| 226 | | 9/12/2016 | COURT ADMITTED EXHIBIT PLAINTIFF: #6- COPY OF LETTER 04/08/16 DATED 04/08/16 TO JAY FROM DARIAN ZAMORA |
| 225 | | 9/12/2016 | COURT ADMITTED EXHIBIT PLAINTIFF: #5 COPY OF LETTER DATED 03/31/16 TO JAY FROM DARIAN ZAMORA |
| 224 | | 9/12/2016 | COURT ADMITTED EXHIBIT PLAINTIFF: #4- ORDER GRANTING PLAINTIFFS MOTION TO COMPEL RESPONSES TO DISCOVERY |
| 223 | | 9/12/2016 | COURT ADMITTED EXHIBIT PLAINTIFF: #3- ANSWER TO REQUEST FOR PRODUCTION |
| 222 | | 9/12/2016 | COURT ADMITTED EXHIBIT PLAINTIFF: #2- LETTER TO JAY FROM A BENJAMIN GORDON |
| 221 | | 9/12/2016 | COURT ADMITTED EXHIBIT PLAINTIFF: #1- PLAINTIFFS SECOND REQUEST FOR PRODUCTION TO DEFENDANT DON ABREU |
| 220 | | 9/12/2016 | COURT ADMITTED EXHIBIT: AFFIDAVIT OF ATTORNEYS FEES |
| 219 | | 9/12/2016 | COURT ADMITTED EXHIBIT: AFFIDAVIT OF ATTORNEYS FEES |
| 218 | | 9/12/2016 | COURT ADMITTED EXHIBIT: AFFIDAVIT OF COSTS |
| 217 | | 9/12/2016 | COURT RESULT: COURT EVENT DISPOSED |
| 216 | | 9/9/2016 | NOTICE POSTPONEMENT OF VIDEOTAPED DEPOSITIONS SCHEDULED: 9/14/16 9AM LOUIS MANIOS |
| 215 | | 9/9/2016 | NOTICE POSTPONEMENT OF VIDEOTAPED DEPOSITIONS SCHEDULED: 9/14/16 1PM AMANDA RANSON |
| 214 | | 9/9/2016 | NOTICE POSTPONEMENT OF VIDEOTAPED DEPOSITIONS SCHEDULED: 9/15/16 9AM SARAH BLACK |
| 213 | | 9/9/2016 | ORDER GRANTING MOTION TO FILING EVIDENCE UNDER SEAL |
| 212 | | 9/9/2016 | MOTION TO FILE EVIDENCE UNDER SEAL (PLF) |
| 211 | | 9/6/2016 | PLF'S NOTICE OF CONTINUATION OF HEARING ON THE COURT'S DETERMINATION OF REASONABLE AMOUNT OF ATTORNEYS' FEES AND COSTS PURSUANT TO THE ORDER GRANTING PLF'S MOTION FOR CIVIL CONTEMPT AND ORDER TO SHOW CAUSE AND PLF'S AMENDED MOTION FOR CIVIL CONTEMPT AND ORDER TO SHOW CAUSE 9/8/16 @ 9 AM |
| 210 | 16 | 9/2/2016 | PLF'S OPPOSITION TO DEF'S MOTION TO COMPLE DISCOVERY RESPONSES FROM PLF |
| 209 | 3 | 9/2/2016 | PLF'S RESPONSE TO DEF'S MOTION TO SHORTEN TIME FOR PLF TO RESPOND TO DISCOVERY |
| 208 | | 9/1/2016 | PLF'S OPPOSITION TO DEF'S MOTION TO COMPEL DEPOSITION TESTIMONY |
| 207 | 4 | 9/1/2016 | VERIFICATION AFFIDAVIT BY: DARRELL BLANTON |
| 206 | | 8/31/2016 | RESPONSE IN OPPOSITION TO PLF'S MOTION FOR ORDER TO SHOW CAUSE AND TO STRIKE PLEADINGS FOR REPEATED CIVIL CONTEMPT (DEFS) |
| 205 | | 8/31/2016 | OBJECTION TO THE APPOINTMENT OF A SPECIAL MASTER (DEFS) |
| 204 | | 8/31/2016 | MOTION HEARING SET FOR 09/08/2016 AT 9:00 AM IN FWB/ , JDG: BROWN, JOHN T |
| 203 | 3 | 8/31/2016 | NOTICE OF HEARING: 9/8/16 @ 9 AM |
| 201 | 3 | 8/31/2016 | MOTION TO COMPEL DOCUMENTS FROM DEFS' FIRST ATTORNEY OF RECORD (DEFS) |
| 200 | 43 | 8/31/2016 | MOTION TO COMPEL DEPOSITION TESTOMONY (DEFS) |
| 199 | 51 | 8/29/2016 | MOTION FOR ORDER TO SHOW CAUSE AND TO STRIKE PLEADINGS FOR REPEATED CIVIL CONTEMPT (PLF) |
| 198 | 20 | 8/29/2016 | MOTION FOR PROTECTIVE ORDER (PLF) |
| 197 | 2 | 8/29/2016 | NOTICE OF POSTPONEMENT OF VIDEOTAPED DEPOSITION OF DON ABREU: 8/31/16 9AM |
| 196 | 2 | 8/29/2016 | NOTICE OF POSTPONEMENT OF VIDEOTAPED DEPOSITION OF ANDREW MANIOS: 9/1/16 9AM |
| 195 | 2 | 8/25/2016 | MOTION: TO WITHDRAW AS COUNSEL FOR DEFS' (JOSEPH M SCHEYD JR) |
| 194 | | 8/24/2016 | MOTION HEARING SET FOR 09/08/2016 AT 9:00 AM IN FWB/ , JDG: BROWN, JOHN T |
| 193 | 2 | 8/24/2016 | NOTICE OF HEARING: 9/8/16 @ 9AM |
| 192 | | 8/24/2016 | MOTION HEARING SET FOR 08/22/2016 AT 1:30 PM IN FWB/ , JDG: BROWN, JOHN T |
| 191 | 2 | 8/24/2016 | NOTICE OF HEARING: 8/22/16 @ 130PM |
| 190 | 2 | 8/24/2016 | SECOND AMENDED NOTICE OF VIDEOTAPED TAKING DEPOSITION: 8/31/16 9AM DON ABREU |
| 189 | 2 | 8/24/2016 | SECOND AMENDED NOTICE OF TAKING VIDEOTAPED DEPOSITION: 9/1/16 9AM ANDREW MANIOS |
| 188 | 21 | 8/24/2016 | MOTION TO SHORTEN PLF'S TIME TO RESPOND TO DEFS' THIRD REQUEST FOR PRODUCTION AND THIRD SET OF INTERROGATORIES (DEFS) |
| 187 | 2 | 8/24/2016 | ORDER APPOINTING SPECIAL MASTER |
| 186 | | 8/23/2016 | EMAIL SENT- RECIPIENTS: ZAMORA, DARIAN SUBJECT: SERVICE OF COURT DOCUMENT - 2013 CA 004103 F, ASI HOLDING COMPANY INC VS. ABREU, DONALD ATTACHMENT COUNT: 1 EMAILDOCKETDESCRIPTIONS: OGM-8/22/2016 |
| 185 | 2 | 8/22/2016 | NOTICE OF TAKING VIDEO DEPOSITION(S): 9/15/16 @ 9 AM SARAH BLACK |
| 184 | 2 | 8/22/2016 | NOTICE OF TAKING VIDEO DEPOSITION(S): 9/14/16 @ 9 AM LOUIS MANIOS |
| 183 | 2 | 8/22/2016 | NOTICE OF TAKING VIDEO DEPOSITION(S): 9/13/16 @ 9 AM CHRIS MANIOS |
| 182 | 2 | 8/22/2016 | NOTICE OF TAKING VIDEO DEPOSITION: 9/14/16 @ 1 PM AMANDA RANSON |
| 181 | 2 | 8/22/2016 | AMENDED NOTICE OF TAKING VIDEOTAPED DEPOSITION: 9/1/16 @ 10 AM DON ABREU |
| 180 | 4 | 8/22/2016 | ORDER GRANTING MOTION FOR CIVIL CONTEMPT AND ORDER TO SHOW CAUSE AND AMENDED MOTION FOR CIVIL CONTEMPT AND ORDER TO SHOW CAUSE |

| # | Docs | Date | Description |
|---|---|---|---|
| 179 | | 8/18/2016 | MOTION HEARING SET FOR 09/16/2016 AT 4:30 PM IN FWB/ , JDG: BROWN, JOHN T |
| 178 | 2 | 8/18/2016 | NOTICE OF HEARING: 9/16/16 @ 430PM |
| 177 | | 8/18/2016 | MOTION HEARING SET FOR 09/16/2016 AT 4:15 PM IN FWB/ , JDG: BROWN, JOHN T |
| 176 | 2 | 8/18/2016 | NOTICE OF HEARING: 9/16/16 @ 415PM |
| 175 | 2 | 8/15/2016 | NOTICE OF TAKING VIDEO DEPOSITION(S): DON ABREU 8/31/16 @ 10 AM |
| 174 | 2 | 8/15/2016 | NOTICE OF TAKING VIDEO DEPOSITION(S): ANDREW MANIOS 9/1/16 @ 9 AM |
| 173 | 19 | 8/11/2016 | MOTION FOR CIVIL CONTEMPT AND ORDER TO SHOW CAUSE (PLF) |
| 171 | 4 | 8/8/2016 | EXPERT WITNESS DISCLOSURE (PLF) |
| 170 | 10 | 8/8/2016 | DISCLOSURE OF NON-EXPERT WITNESSES (PLF) |
| 169 | 10 | 8/8/2016 | MOTION TO COMPEL RESPONSES TO DISCOVERY (PLF) |
| 168 | 2 | 8/4/2016 | NOTICE POSTPONEMENT OF VIDEOTAPED DEPOSITION OF CHRIS MANIOS 8/5/16 @ 9:00 AM |
| 167 | 2 | 8/3/2016 | AMENDED NOTICE OF HEARING ON PLF'S MOTIONS FOR CIVIL CONTEMPT ND ORDERS TO SHOW CAUSE: 8/16/16 @ 8:30 AM |
| 166 | | 8/3/2016 | MOTION HEARING SET FOR 08/16/2016 AT 8:00 AM IN FWB/ , JDG: BROWN, JOHN T |
| 165 | 2 | 8/3/2016 | NOTICE OF HEARING: 8/16/16 @ 8AM |
| 164 | 12 | 8/3/2016 | NOTICE OF PRODUCTION NON-PARTY CERTIFICATE OF SERVICE DATE: 8/3/16 15 DAYS |
| 163 | 12 | 8/3/2016 | NOTICE OF PRODUCTION NON-PARTY CERTIFICATE OF SERVICE DATE: 8/3/16 15 DAYS |
| 162 | 3 | 7/29/2016 | RESPONSE TO DEFS' MOTION FOR CONTINUANCE (PLF) |
| 161 | 2 | 7/29/2016 | NOTICE OF WITHDRAWAL OF JOSEPH SCHEYD JR AS ATTORNEY FOR DON ABREU, ANDREW MANIOS, CHRIS MANIOS AND GLOBAL AMENITIES LLC |
| 160 | 36 | 7/28/2016 | AMENDED MOTION FOR CIVIL CONTEMPT AND ORDER TO SHOW CAUSE FILED BY: ASI HOLDING COMPANY, INC |
| 159 | 2 | 7/28/2016 | NOTICE POSTPONEMENT OF VIDEOTAPED DEPOSITION OF LOUIS MANIOS 7/29/16 @ 9AM |
| 158 | 2 | 7/28/2016 | MOTION FOR CONTINUANCE (DEF) |
| 157 | 2 | 7/28/2016 | NOTICE OF APPEARANCE OF JONATHAN POLLARD ON BEHALF OF DEFS' AND DESIGNATION OF EMAIL ADDRESSES |
| 156 | 2 | 7/28/2016 | STIPULATION FOR SUBSTITUTION OF COUNSEL |
| 155 | 1 | 7/28/2016 | ORDER GRANTING MOTION FOR EMERGENCY ORDER TO STAY NON FINAL ORDER ALLOWING THIRD PARTY REQUESTS FOR PRODUCTION FROM DEFS CUSTOMERS |
| 154 | | 7/27/2016 | HEARING SET FOR 08/04/2016 AT 11:00 AM IN FWB/ , JDG: BROWN, JOHN T |
| 153 | 21 | 7/27/2016 | MOTION FORCIVIL CONTEMPT AND ORDER TO SHOW CAUSE (PLF) |
| 152 | 5 | 7/27/2016 | MOTION FOR CIVIL CONTEMPT AND ORDER TO SHOW CAUSE FILED (PLF) |
| 151 | 2 | 7/27/2016 | NOTICE OF HEARING ON PLF'S OBJECTION TO DEFENDANTS' DESIGNATION OF DOCUMENTS AS HIGHLY CONFIDENTIAL: 8/4/16 @ 11AM |
| 150 | 2 | 7/20/2016 | ORDER GRANTING: JOINT MOTION FOR EXTENSION OF PRE-TRIAL DEADLINE REGARDING WITNESS LISTS |
| 149 | 2 | 7/19/2016 | ORDER GRANTING MOTION TO COMPEL |
| 148 | 10 | 7/18/2016 | OBJECTIONS TO DEFS' DESIGNATION OF DOCUMENTS AS HIGHLY CONFIDENTIAL (PLF) |
| 147 | 2 | 7/18/2016 | JOINT MOTION FOR EXTENSION OF PRE-TRIAL DEADLINE REGARDING WITNESS LISTS |
| 146 | | 7/12/2016 | MOTION HEARING SET FOR 07/26/2016 AT 8:30 AM IN FWB/ , JDG: BROWN, JOHN T |
| 145 | 2 | 7/12/2016 | NOTICE OF HEARING: 6/26/16 @ 830AM |
| 144 | 2 | 7/11/2016 | ORDER GRANTING JOINT MOTION FOR EXTENSION OF PRETRIAL DEADLINE REGARDING DEPOSITION DESIGNATIONS |
| 143 | 6 | 7/8/2016 | PLF'S RESPONSES TO DEFS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS |
| 142 | 3 | 7/8/2016 | PLF'S RESPONSES TO DEFS' FIRST REQUEST FOR ADMISSION |
| 141 | 2 | 7/8/2016 | NOTICE OF SERVICE OF PLF'S UNVERIFIED RESPONSES TO DEFS' SECOND SET OF INTERROGATORIES |
| 140 | | 7/7/2016 | EMAIL SENT- RECIPIENTS: DONNA FOUGHT, JUDGE BROWN SUBJECT: SERVICE OF COURT DOCUMENT - 2013 CA 004103 F, ASI HOLDING COMPANY INC VS. ABREU, DONALD ATTACHMENT COUNT: 1 EMAILDOCKETDESCRIPTIONS: MOT-7/6/2016 |
| 139 | 4 | 7/6/2016 | MOTION FOR EMERGENCY ORDER TO STAY NON-FINAL ORDER ALLOWING THIRD PARTY REQUESTS FOR PRODUCTION FROM DEFS' CUSTOMERS (DEFS) |
| 138 | 2 | 7/5/2016 | JOINT MOTION FOR EXTENSION OF PRETRIAL DEADLINE REGARDING DEPOSITION DESIGNATIONS (PLF) |
| 137 | 2 | 6/30/2016 | SECOND AMENDED NOTICE OF VIDEOTAPED DEPOSITION: ANDREW MANIOS 7/13/16 |
| 136 | 16 | 6/27/2016 | NOTICE OF PRODUCTION NON-PARTY CERTIFICATE OF SERVICE DATE: 15 DAYS 6/27/16 WYNDHAM VACATION RESORTS INC |
| 135 | 16 | 6/27/2016 | NOTICE OF PRODUCTION NON-PARTY CERTIFICATE OF SERVICE DATE: 15 DAYS 6/27/16 SEASIDE RESORTS INC |
| 134 | 16 | 6/27/2016 | NOTICE OF PRODUCTION NON-PARTY CERTIFICATE OF SERVICE DATE: 15 DAYS 6/27/16 SANDCASTLE RESORTS |
| 133 | 16 | 6/27/2016 | NOTICE OF PRODUCTION NON-PARTY CERTIFICATE OF SERVICE DATE: 15 DAYS 6/27/16 OCEANS ONE RESORT |
| 132 | 16 | 6/27/2016 | NOTICE OF PRODUCTION NON-PARTY CERTIFICATE OF SERVICE DATE: 15 DAYS 6/27/16 MYRTLEWOOD VACATIONS LLC |
| 131 | 16 | 6/27/2016 | NOTICE OF PRODUCTION NON-PARTY CERTIFICATE OF SERVICE DATE: 15 DAYS 6/27/16 MAGNUSON HOTEL HISTORIC DISTRICT |
| 130 | 16 | 6/27/2016 | NOTICE OF PRODUCTION NON-PARTY CERTIFICATE OF SERVICE DATE: 15 DAYS 6/27/16 LITCHFIELD GROUP |
| 129 | 16 | 6/27/2016 | NOTICE OF PRODUCTION NON-PARTY CERTIFICATE OF SERVICE DATE: 15 DAYS 6/27/16 ISLAND VISTA HOLDINGS LLC |
| 128 | 16 | 6/27/2016 | NOTICE OF PRODUCTION NON-PARTY CERTIFICATE OF SERVICE DATE: 15 DAYS 6/27/16 HYATT ESCALA LODGE AT PARK CITY |
| 127 | 16 | 6/27/2016 | NOTICE OF PRODUCTION NON-PARTY CERTIFICATE OF SERVICE DATE: 15 DAYS 6/27/16 GRAND ATLANTIC RESORT MANAGEMENT LLC |
| 126 | 16 | 6/27/2016 | NOTICE OF PRODUCTION NON-PARTY CERTIFICATE OF SERVICE DATE: 15 DAYS 6/27/16 BRITTAIN RESORTS & HOTELS LLC |
| 125 | 16 | 6/27/2016 | NOTICE OF PRODUCTION NON-PARTY CERTIFICATE OF SERVICE DATE: 15 DAYS 6/27/16 BERMUDA SANDS RESORT |
| 124 | 16 | 6/27/2016 | NOTICE OF PRODUCTION NON-PARTY CERTIFICATE OF SERVICE DATE: 15 DAYS 6/27/16 BEACH VACATIONS LLC |
| 123 | 16 | 6/27/2016 | NOTICE OF PRODUCTION NON-PARTY CERTIFICATE OF SERVICE DATE: 15 DAYS 6/27/16 BAR HARBOR RESORT INC |
| 122 | 2 | 6/24/2016 | NOTICE OF TAKING VIDEO DEPOSITION(S): 7/29/16 9AM LOUIS MANIOS |
| 121 | 2 | 6/24/2016 | NOTICE OF TAKING VIDEO DEPOSITION(S): 8/1/16 9AM ANDREW MANIOS |
| 120 | 2 | 6/24/2016 | NOTICE OF TAKING VIDEO DEPOSITION(S): 8/5/16 9AM CHRIS MANIOS |
| 119 | 2 | 6/23/2016 | ORDER GRANTING JOINT MOTION FOR EXTENSION OF PRETRIAL DEADLINE REGARDING EXPERT DISCLOSURES |
| 118 | 2 | 6/21/2016 | ORDER OVERRULING IN PART AND SUSTAINING IN PART DEFS OBJECTION TO NOTICE OF PRODUCTION FROM NON PARTY |

| # | Docs | Date | Description |
|---|---|---|---|
| 117 | 2 | 6/21/2016 | ORDER GRANTING PLFS MOTION TO COMPEL RESPONSES TO DISCOVERY |
| 116 | 1 | 6/20/2016 | NOTICE OF SERVICE OF DEFS' INTERROGATORIES TO PLF |
| 115 | 2 | 6/17/2016 | JOINT MOTION FOR EXTENSION OF PRETRIAL DEADLINE REGARDING EXPERT DISCLOSURES (PLF) |
| 114 | | 6/14/2016 | MOTION HEARING SET FOR 06/15/2016 AT 11:00 AM IN FWB/ , JDG: BROWN, JOHN T |
| 113 | | 6/14/2016 | COURT RESULT: CANCELLED |
| 112 | 2 | 6/14/2016 | AMENDED NOTICE OF HEARING: 6/15/16 @ 11AM ON PLF;S MOTION TO COMPEL RESPONSES TO DISCOVERY AND DEFS' OBJECTION TO NOTICE OF PRODUCTION FROM NON PARTY |
| 111 | 2 | 6/14/2016 | OBJECTIONS TO PLF;S FIRST REQUEST FOR PRODUCTION TO CHRIS MANIOS THIRD REQUEST FOR PRODUCTION TO ANDREW MANIOS AND FOURTH REQUET FOR PRODUCTION TO DON ABREU (DEFS) |
| 110 | | 6/14/2016 | CIVIL JURY TRIAL SET FOR 10/31/2016 AT 9:00 AM IN FWB/ , JDG: BROWN, JOHN T |
| 109 | 5 | 6/14/2016 | ORDER SETTING PRETRIAL CONFERENCE: 09/15/16; NON JURY TRIAL: 10/31/16 @ 9AM AND DIRECTING MEDIATION |
| 108 | 17 | 6/10/2016 | MOTION TO COMPEL RESPONSE TO DISCOVERY (PLF) |
| 107 | 10 | 5/31/2016 | PLF'S FIRST REQUEST TO PRODUCE DIRECTED TO CHRIS MANIOS |
| 106 | 10 | 5/31/2016 | PLF'S THIRD REQUEST TO PRODUCE DIRECTED TO ANDREW MANIOS |
| 105 | 10 | 5/31/2016 | PLF'S FOURTH REQUEST TO PRODUCE DIRECTED TO DON ABREU |
| 104 | 2 | 5/31/2016 | ANSWER & AFFIRMATIVE DEFENSES TO AMENDEND COMPLAINT (PLF) |
| 103 | 1 | 5/31/2016 | NOTICE OF MEDIATION 05/25/16 |
| 102 | 2 | 5/23/2016 | OBJECTION TO REQUEST FOR PRODUCTION (DEFS) |
| 101 | 2 | 5/19/2016 | SECOND AMENDED NOTICE OF TAKING VIDEO DEPOSITION: 05/26/16 @ 1130AM DON ABREAU |
| 100 | 3 | 5/16/2016 | DEFS' SECOND REQUEST TO PRODUCE DIRECTED TO PLF |
| 99 | 1 | 5/16/2016 | NOTICE OF SERVICE OF DEFS' FIRST SET OF INTERROGATORIES TO PLF |
| 98 | 2 | 5/16/2016 | DEFS' REQUEST FOR ADMISSIONS DIRECTED TO PLF |
| 97 | 2 | 5/16/2016 | PLF'S FIRST REQUEST FOR ADMISSIONS DIRECTED TO DON ABREU |
| 96 | 2 | 5/16/2016 | PLF'S FIRST REQUEST FOR ADMISSIONS DIRECTED TO CHRIS MANIOS |
| 95 | 2 | 5/16/2016 | PLF'S FIRST REQUEST FOR ADMISSIONS DIRECTED TO ANDREW MANIOS |
| 94 | | 5/16/2016 | MOTION HEARING SET FOR 06/15/2016 AT 11:00 AM IN FWB/ , JDG: BROWN, JOHN T |
| 93 | 2 | 5/16/2016 | NOTICE OF HEARING: 6/15/16 @ 11AM |
| 92 | 5 | 5/10/2016 | ANSWER & AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT (DEFS) |
| 91 | 2 | 5/9/2016 | OBJECTIONS OF DEFS' TO NOTICE OF PRODUCTION FROM NON PARTY GRAND ATLANTIC RESORT MANAGEMENT LLC BAR HARBOR RESORT INC BEACH VACATIONS LLC AND BRITTAIN RESORTS & HOTELS LLC |
| 90 | 1 | 5/9/2016 | NOTICE OF SERVING DEFS' SUPPLEMENTAL RESPONSES TO PLF'S REQUEST FOR PRODUCTION |
| 89 | 9 | 5/2/2016 | NOTICE OF PRODUCTION NON-PARTY CERTIFICATE OF SERVICE DATE: 05/02/16 15 DAYS GRAND ATLANTIC RESORT MANAGEMENT LLC |
| 88 | 9 | 5/2/2016 | NOTICE OF PRODUCTION NON-PARTY CERTIFICATE OF SERVICE DATE: 5/02/16 15 DAYS BRITTAIN RESORTS & HOTELS LLC |
| 87 | 9 | 5/2/2016 | NOTICE OF PRODUCTION NON-PARTY CERTIFICATE OF SERVICE DATE: 5/02/16 15 DAYS BEACH VACATIONS LLC |
| 86 | 9 | 5/2/2016 | NOTICE OF PRODUCTION NON-PARTY CERTIFICATE OF SERVICE DATE: 5/02/16 15 DAYS TO BAR HARBOR RESORT, INC |
| 85 | 10 | 4/26/2016 | MOTION TO COMPEL RESPONSES TO DISCOVERY (PLF) |
| 84 | 1 | 4/26/2016 | ANDREW MANIOS' RESPONSE TO PLF'S FIRST REQUEST TO PRODUCE |
| 83 | 1 | 4/26/2016 | NOTICE OF SERVICE OF ANDREW MANIOS' ANSWERS TO PLF'S FIRST INTERROGATORIES |
| 82 | 22 | 4/26/2016 | MOTION TO COMPEL RESPONSES TO DISCOVERY (PLF) |
| 81 | 7 | 4/25/2016 | PLF'S THIRD REQUEST TO PRODUCE DIRECTED TO DON ABREU |
| 80 | 7 | 4/25/2016 | PLF'S SECOND REQUEST TO PRODUCE DIRECTED TO ANDREW MANIOS |
| 79 | 1 | 4/21/2016 | ACCEPTANCE OF SERVICE BY ATTORNEY JAY SCHEYD: ON BEHALF OF GLOBAL AMENITIES LLC: 04/21/16 |
| 78 | 1 | 4/21/2016 | ACCEPTANCE OF SERVICE BY ATTORNEY JAY SCHEYD: ON BEHALF OF CHRIS MANIOS: 04/21/16 |
| 77 | 2 | 4/21/2016 | STIPULATED ORDER GRANTING MOTION FOR LEAVE TO AMEND TO ADD ADDITIONAL PARTIES |
| 76 | 48 | 4/14/2016 | MOTION FOR LEAVE TO AMEND TO ADD ADDITIONAL PARTIES WITH ATTACHED PROPOSED AMENDED COMPLAINT (PLF) |
| 75 | 1 | 4/12/2016 | NOTICE OF MEDIATION: 05/25/16 @ 9AM |
| 74 | 1 | 4/6/2016 | DEF'S SUPPLEMENTAL RESPONSE TO PLF'S REQUEST TO PRODUCE |
| 73 | | 3/21/2016 | CASE MANAGEMENT CONFERENCE SET FOR 06/13/2016 AT 9:00 AM IN FWB/ , JDG: BROWN, JOHN T |
| 72 | 2 | 3/21/2016 | ORDER SETTING CASE MANAGEMENT CONFERENCE AND DIRECTING THE PARTIES TO CONDUCT A MEDIATION CONFERENCE |
| 71 | 1 | 3/1/2016 | DEF'S RESPONSE TO PLF'S REQUEST TO PRODUCE |
| 70 | 5 | 3/1/2016 | MOTION FOR CONTEMPT & ORDER TO SHOW CAUSE (PLF) |
| 69 | 13 | 2/22/2016 | STIPULATED ORDER OF CONFIDENTIALITY |
| 68 | 2 | 2/22/2016 | ORDER GRANTING MOTION TO COMPEL RESPONSES TO DISCOVERY |
| 67 | 16 | 2/12/2016 | JOINT MOTION FOR ORDER OF CONFIDENTIALITY |
| 66 | 2 | 1/28/2016 | DEF'S RESPONSE TO PLF'S REQUEST TO PRODUCE |
| 65 | | 1/26/2016 | HEARING SET FOR 02/04/2016 AT 10:30 AM IN FWB/ , JDG: BROWN, JOHN T |
| 64 | 2 | 1/26/2016 | AMENDED NOTICE OF HEARING: 02/04/16 @ 1030AM |
| 63 | | 1/20/2016 | MOTION HEARING SET FOR 02/04/2016 AT 2:15 PM IN FWB/ , JDG: BROWN, JOHN T |
| 62 | 2 | 1/20/2016 | NOTICE OF HEARING: 02/04/16 @ 2:15 PM |
| 61 | 2 | 1/15/2016 | ORDER SETTING CASE MANAGEMENT CONFERENCE SET FOR 03/14/2016 AT 9:00 AM IN FWB/ , JDG: BROWN, JOHN T |
| 60 | 9 | 1/13/2016 | MOTION TO COMPEL RESPONSES TO DISCOVERY (PLF) |
| 59 | 2 | 1/12/2016 | NOTICE TO CANCEL DEPOSITIONS SCHEDULED: 01/28/16 @ 10AM DON ABREU |
| 58 | 2 | 12/22/2015 | AMENDED NOTICE OF TAKING VIDEOTAPED DEPOSITION: 01/28/16 @ 10AM DON ABREU |
| 57 | | 11/17/2015 | CASE MANAGEMENT CONFERENCE SET FOR 01/11/2016 AT 9:00 AM IN FWB/ , JDG: BROWN, JOHN T |

| # | Pages | Date | Description |
|---|---|---|---|
| 56 | 2 | 11/17/2015 | NOTICE OF HEARING: 01/11/16 @ 9AM |
| 55 | 7 | 11/6/2015 | PLF'S SECOND REQUEST TO PRODUCE DIRECTED TO DON ABREU |
| 54 | 2 | 9/29/2015 | ORDER SETTING CASE MANAGEMENT CONFERENCE 11-9-15 @ 9:00 A.M. |
| 53 | 2 | 7/7/2015 | ORDER DENYING DON ABRUE'S MOTION FOR PARTIAL SUMMARY JUDGMENT |
| 52 | 11 | 6/2/2015 | AFFIDAVIT OF DARRELL BLANTON |
| 51 | 48 | 6/2/2015 | OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT (PLF) |
| 50 | | 5/7/2015 | MOTION FOR SUMMARY JUDGMENT HEARING SET FOR 06/09/2015 AT 9:00 AM IN FWB/ , JDG: BROWN, JOHN T |
| 49 | 2 | 5/7/2015 | NOTICE OF HEARING: 06/09/15 @ 9AM |
| 48 | 14 | 2/10/2015 | MOTION FOR PARTIAL SUMMARY JUDGMENT |
| 47 | 12 | 2/10/2015 | AFFIDAVIT OF SUPPORT OF MOTION FOR SUMMARY JUDGMENT |
| 46 | 2 | 8/20/2014 | NOTICE OF POSTPONEMENT OF DEPOSITION OF DON ABREU |
| 45 | 2 | 8/20/2014 | NOTICE OF POSTPONEMENT OF DEPOSITION OF ANDREW MANIOS |
| 44 | 2 | 8/7/2014 | COPY OF PLEADING ORIGINALLY FILLED IN BANKRUPTCY COURT |
| 43 | 1 | 8/7/2014 | NOTICE OF FILING NOTICE OF BANKRUPTCY (ANDREW MANIOS) |
| 42 | 2 | 6/27/2014 | NOTICE OF TAKING VIDEO DEPOSITION: 08/27/14 @ 9AM DON ABREU |
| 41 | 2 | 6/27/2014 | NOTICE OF TAKING VIDEO DEPOSITION: 08/28/14 @ 9AM ANDRW MANIOS |
| 40 | 3 | 6/25/2014 | DON ABREU'S RESPONSE TO PLF'S FIRST REQUEST TO PRODUCE |
| 39 | 1 | 6/25/2014 | CERTIFICATE OF SERVICE OF ANSWERS TO PLF'S FIRST SET OF INTERROGATORIES - NO PLEADING ATTACHED |
| 38 | 1 | 6/20/2014 | NOTICE OF SERVICE OF CONFIDENTIAL DOCUMENTS (PLF) |
| 37 | 14 | 6/4/2014 | ORDER GRANTING MOTION FOR ENTRY OF CONFIDENTIAL ORDER |
| 36 | 8 | 5/22/2014 | REQUEST TO PRODUCE DIRECTED TO ANDREW MANIOS |
| 35 | 8 | 5/22/2014 | REQUEST TO PRODUCE DIRECTED TO DON ABREU |
| 34 | 1 | 5/22/2014 | NOTICE OF SERVICE OF PLF'S INTERROGATORIES TO ANDREW MANIOS |
| 33 | 1 | 5/22/2014 | NOTICE OF SERVICE OF PLF'S INTERROGATORIES TO DON ABREU |
| 32 | 17 | 5/7/2014 | MOTION FOR CONFIENDTIALITY ORDER REGARDING TRADE SECRETS OF CONFIDENTIAL PROPRIETARY COMMERCIAL INFORMATOIN (PLF) |
| 31 | 6 | 5/7/2014 | PLF'S RESPONSE TO DEFS FIRST REQUEST TO PRODUCE |
| 30 | 1 | 5/7/2014 | NOTICE OF SERVICE OF PLF'S ANSWERS TO DEF'S FIRST SET OF INTERROGATORIES |
| 29 | 2 | 5/6/2014 | REPLY TO THE FIRST AMENDED AFFIRMATIVE DEFENSE(S) OF: DON ABREU AND ANDREW MANIOS |
| 28 | 5 | 4/29/2014 | AMENDED ANSWER & AFFIRMATIVE DEFENSE(S) OF: DON ABREU AND ANDREW MANIOS |
| 27 | 2 | 4/21/2014 | STIPULATED ORDER GRANTING MOTION TO STRIKE AFFIRMATIVE DEFENSES |
| 26 | | 4/14/2014 | COURT RESULT: CANCELLED |
| 25 | 2 | 4/14/2014 | NOTICE CANCEL HEARING SCHEDULED: 04/14/14 @ 230PM |
| 24 | 2 | 4/2/2014 | DEF'S FIRST REQUEST TO PRODUCE DIRECTED TO PLF |
| 23 | 1 | 4/2/2014 | NOTICE OF SERVICE OF DEF'S FIRST INTERROGATORIES TO PLF |
| 22 | | 3/4/2014 | HEARING SET FOR 04/14/2014 AT 2:30 PM IN FWB/ , JDG: BROWN, JOHN T |
| 21 | 2 | 3/4/2014 | NOTICE OF HEARING: 04/14/14 @ 230PM |
| 20 | 4 | 2/3/2014 | PLF'S REPLY & MOTION TO STRIKE THE AFFIRMATIVE DEFENSES OF DON ABREU & ANDREW MANIOS |
| 19 | 5 | 1/24/2014 | ANSWER & AFFIRMATIVE DEFENSE(S) OF DON ABREUA AND ANDREW MANIOS |
| 18 | | 12/13/2013 | HEARING SET FOR 01/09/2014 AT 9:00 AM IN FWB/ , JDG: BROWN, JOHN T |
| 17 | 2 | 12/13/2013 | AMENDED NOTICE OF HEARING: 01/09/13 @ 9AM |
| 16 | 2 | 12/5/2013 | NOTICE CANCEL HEARING SCHEDULED FOR 12/09/13 @ 11AM |
| 15 | | 11/12/2013 | HEARING SET FOR 12/09/2013 AT 11:00 AM IN FWB/ , JDG: BROWN, JOHN T |
| 14 | 2 | 11/12/2013 | NOTICE OF HEARING: 12/09/13 @ 11AM |
| 13 | 2 | 11/4/2013 | MOTION TO DISMISS FILED BY DEF'S |
| 12 | 1 | 10/21/2013 | SUMMONS SERVED: DONALD DON S ABREU 10/13/13 |
| 11 | 1 | 10/7/2013 | SUMMONS SERVED: ANDREW MANIOS 09/27/13 |
| 10 | 1 | 9/24/2013 | PAYMENT $420.00 RECEIPT #2013048099 |
| 9 | | 9/20/2013 | SUMMONS SERVICE FEE ASSESSED $20.00 |
| 8 | | 9/20/2013 | CIRCUIT CIVIL FILING FEE ASSESSED $400.00 |
| 7 | | 9/20/2013 | CASE FILED 09/20/2013 CASE NUMBER 2013 CA 004103 F |
| 6 | | 9/20/2013 | JUDGE BROWN, JOHN T: ASSIGNED |
| 5 | 3 | 9/20/2013 | SUMMONS ISSUED TO: ANDREW MANIOS |
| 4 | 3 | 9/20/2013 | SUMMONS ISSUED TO: DONALD ABREU |
| 3 | 3 | 9/20/2013 | CIVIL DOCKET SHEET FILED |
| 2 | 1 | 9/20/2013 | SITUS DESIGNATION FORM FILED |
| 1 | 20 | 9/20/2013 | COMPLAINT FOR DAMAGES |